# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2551

_____

Dr. Emir James Phillips

*Plaintiff - Appellant*

v.

State of Missouri; Board of Curators of Lincoln University;
Dr. John Moseley, Dr. Stevie Lawrence, and Dr. Deneia Thomas,
in their official and individual capacities; Does, 1-20

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: March 2, 2026
Filed: March 6, 2026
[Unpublished]

_____

Before LOKEN, SMITH, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Emir Phillips appeals following the district court's[1] dismissal of his pro se civil action for lack of standing. Upon careful review, we conclude that the dismissal was proper for the reasons stated by the district court. See Becker v. N.D. Univ. Sys., 112 F.4th 592, 595 (8th Cir. 2024). We also conclude that the district court did not err in denying Phillips's motion for a preliminary injunction. See Devose v. Herrington, 42 F.3d 470, 471 (8th Cir. 1994) (per curiam).

Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Phillips's pending motion for oral argument as moot.

_____

[1]The Honorable Beth Phillips, then Chief Judge, now United States District Judge for the Western District of Missouri.